IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 20-00091-KD-B |
| DARRYL KCHABE THOMAS JR. | : |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, Darryl Kchabe Thomas, Jr., by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Counts One and Two** of the Indictment charging violations of Conspiracy to Import a Controlled Substance and Conspiracy to Possess with Intent to Distribute a Controlled Substance, respectively.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offenses charged are supported by an independent basis in fact as to each of the essential elements of such offenses. The Court therefore recommends that the plea of guilty be accepted and that Defendant Darryl Kchabe Thomas, Jr., be adjudged guilty and have sentence imposed accordingly. The Court further recommends that the Defendant remain on conditions of release pending sentencing given that the United States confirmed at the hearing that exceptional circumstances exist to support Defendant's continued release.

DONE and ORDERED this 18th day of September, 2020.

                                                  s/P. BRADLEY MURRAY
                                UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.